IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNY RODRIGUEZ,

    Plaintiff,

vs.                                  5:06-CV-100-SPM/AK

MICHAEL ASTRUE,[1]
Acting Commissioner of
Social Security,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 18) dated February 20, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 18) is

---

[1] On February 12, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d)(1), he will be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

adopted and incorporated by reference in this order.

2.   The decision of the Commissioner is hereby *affirmed*.

3.   This case is *dismissed* and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of March, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

5:04-CV-093-SPM/AK